IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-760-RJC-DCK

| | |
|---|---|
| NEWTON DUANE WILLLIAMS, an individual, and TERRY LUNN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WESTINGHOUSE ELECTRIC COMPANY, LLC, a subsidiary of TOSHIBA CORP., and DOES 1 Through 12 inclusive,<br><br>Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) filed by Geraldine Sumter, concerning Carol L. Gillam on December 19, 2016. Ms. Carol L. Gilliam seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) is **GRANTED.** Ms. Carol L. Gilliam is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: December 19, 2016

David C. Keesler
United States Magistrate Judge