IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-760-RJC-DCK

| | |
|---|---|
| NEWTON DUANE WILLLIAMS, an individual, and TERRY LUNN, an individual,<br><br>      Plaintiffs,<br><br>  v.<br><br>WESTINGHOUSE ELECTRIC COMPANY, LLC, a subsidiary of TOSHIBA CORP., and DOES 1 Through 12 inclusive,<br><br>      Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 16) filed by Geraldine Sumter, concerning Sara Heum, on March 29, 2017. Ms. Heum seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will deny the motion without prejudice. The Court has recently updated its *pro hac vice* admission form. Plaintiff may submit a revised application.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 16) is **DENIED WITHOUT PREJUDICE.**

    **SO ORDERED**.

Signed: March 29, 2017

David C. Keesler
United States Magistrate Judge