# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:16-CV-760-RJC-DCK

| | |
|---|---|
| NEWTON DUANE WILLLIAMS and TERRY LUNN, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   **ORDER** |
| WECTEC GLOBAL PROJECT SERVICES, INC., and DOES 1 through 20, | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. "Plaintiffs' Status Report" (Document No. 34) was filed on March 30, 2020, and reports that this case has been settled. The Court commends counsel and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **June 19, 2020**.

**SO ORDERED**.

Signed: June 4, 2020

*/s/ David C. Keesler*
David C. Keesler
United States Magistrate Judge